**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01887-REB-KMT

UNITED STATES OF AMERICA, EX REL. JAMES HERON,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC,
AURORA LOAN FSB,
AURORA COMMERCIAL CORPORATION AS SUCCESSOR ORGANIZATION TO AURORA
BANK FSB,
JANE DOE,
JOHN DOE, AND
DOE ENTITIES,,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    That relator's claims against defendants, Aurora Loan Services, LLC; Aurora Loan FSB; Aurora Commercial Corporation, as successor organization to Aurora Bank FSB; Jane Doe; John Doe; and Doe Entities, are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process as required by Fed. R. Civ. P. 4(m).

    That judgment without prejudice **SHALL ENTER** on behalf of defendants, Aurora Loan Services, LLC; Aurora Loan FSB; Aurora Commercial Corporation as

successor organization to Aurora Bank FSB; Jane Doe; John Doe; and Doe Entities, against relator, James Heron, on all claims for relief and causes of action asserted in this action.

Dated at Denver, Colorado this 14th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   T.Schaffer

T.Schaffer
Deputy Clerk